United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 12, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-40384
Summary Calendar

HENRY WATKINS "HANK" SKINNER,

Plaintiff-Appellant,

versus

ROBERT R. TREON, Senior Warden;
LANNETTE LINTHICUM, Director of Health Services;
ALLEN HIGHOWER; ROCHELLE MCKINNEY, RN, Medical
Assistant; LOREN L. BREWER, health Administrator;
GULLERMO PORRAS, DR.,

Defendants-
Appellees.

-------------------------------------------------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:99-CV-308
-------------------------------------------------------------

Before SMITH, DEMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

Texas inmate Henry Watkins "Hank" Skinner, TDCJ No. 999143, moves this court for

appointment of counsel. The motion is DENIED. Skinner has appealed the district court's entry of

---

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

summary judgment on his claim that the defendants have denied him medical care for chronic hepatitis C.[**] We vacate and remand for further factual development of Skinner's claim that the defendants are merely monitoring his chronic condition, rather than providing medical care consistent with currently-accepted standards.

MOTION FOR COUNSEL DENIED; VACATED AND REMANDED.

---

[**] By failing to brief the issues, Skinner has abandoned the other claims that he raised in the district court.